# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>STONE RANDAL BECK,<br><br>  Respondent. | 1:12-cv-01216 AWI GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** (Document 10)<br><br>**ORDER GRANTING PETITION TO ENFORCE SUMMONS** (Document 1)<br><br>**ORDER THAT RESPONDENT APPEAR BEFORE REVENUE AGENT TO PROVIDE TESTIMONY AND PRODUCE DOCUMENTS FOR EXAMINATION ON THE 21st DAY AFTER THIS ORDER HAS BEEN FILED, OR AT A LATER DATE TO BE SET IN WRITING BY REVENUE AGENT**<br><br>**TAXPAYER: STONE RANDAL BECK** |

   Petitioner United States of America is proceeding with a civil action in this Court. The matter was referred to the Magistrate Judge pursuant to Title 28 of the United States Code section 636(b) and Local Rules 302 and 303.

   On September 21, 2012, the Magistrate Judge filed Findings and Recommendations regarding the petition to enforce the Internal Revenue Service summons which were served on all

1

parties and contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) days of service of the findings.  To date, no objections to the Magistrate Judge's Findings and Recommendations have been filed.

In accordance with the provisions of Title 28 of the United States Code section 636(b), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 21, 2012, are ADOPTED IN FULL;
2. Petitioner's petition to enforce the IRS summons is GRANTED; and
3. Respondent Stone Randal Beck SHALL appear before Revenue Agent Elaine M. Moore or her designated representative, on **the twenty-first (21) day after the instant order has been filed**, or after a later date to be set in writing by Revenue Agent Moore, at the Internal Revenue Service office located at 2525 Capitol Street, Fresno, California  93721, to provide testimony, and bring with him and produce for examination documents in obedience to the summons that issued and served on May 22, 2012.

IT IS SO ORDERED.

Dated:   October 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE