BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner, United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-01216-AWI-GSA |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| STONE RANDAL BECK, | **Taxpayer:** |
| Respondent. | **STONE RANDAL BECK** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here. The case can and should be closed.

Date: July 8, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

Petitioner's Notice of Compliance; Order Closing File                                                                                                                  1

**ORDER**

  Upon Petitioner's notice of compliance and recommendation, the Clerk is directed to close this file.

IT IS SO ORDERED.

Dated:  July 8, 2013

                SENIOR DISTRICT JUDGE